JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. MITCHELL, JR., <br><br> Petitioner, <br><br> v. <br><br> R.C. JOHNSON, Warden, <br><br> Respondent. | Case No. CV 20-10070-PA (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 01, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE